UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

CORRADO PALMERINI,

               Plaintiff,

   vs.

JEANETTE BURGOS, ASSISTANT
PROSECUTOR OPPENHEIM, MIDDLESEX
PROSECUTOR KAPLAN, KELLY POLLACK,
SAYREVILLE POLICE DEPARTMENT,
ASSISTANT PORSECUTOR MINNION,
JOSHUA PEREZ-CORREA,

               Defendants.
_____

Civil Action No. 10-0210 (FLW)

**ORDER**

**THIS MATTER** having been opened to the Court upon the Magistrate Judge's Report and Recommendation dismissing Plaintiff Corrado Palmerini's ("Plaintiff") claims against the only remaining defendant, Sayreville Police Department ("Defendant"); it appearing that the Magistrate Judge recommended dismissal based upon Plaintiff's failure to comply with Court Orders and prosecute his case; it appearing that the Court has reviewed the recommendation and finds that dismissal at this time is indeed appropriate under Fed. R. Civ. 37(b) and 41(b); it appearing that Plaintiff has not objected to the Magistrate Judge's Report and Recommendation; accordingly,

**IT IS** on this 3rd day of February, 2012,

**ORDERED** that the Report and Recommendation is adopted by this Court;

**ORDERED** that Plaintiff's claims against defendant Sayreville Police Department are dismissed;

**ORDERED** that the case shall be marked **CLOSED**.

/s/   Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge