UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
CORRADO PALMERINI,                        :
                                          :
            Plaintiff,                    :
                                          :      Civil Action No. 10-0210 (FLW)
      vs.                                 :
                                          :
JEANETTE BURGOS, ASSISTANT                :
PROSECUTOR OPPENHEIM, MIDDLESEX           :
PROSECUTOR KAPLAN, KELLY POLLACK,         :      **ORDER**
SAYREVILLE POLICE DEPARTMENT,             :
ASSISTANT PORSECUTOR MINNION,             :
JOSHUA PEREZ-CORREA,                      :
                                          :
            Defendants.                   :
_____ :

    **THIS MATTER** having been opened to the Court upon the Magistrate Judge's Report and Recommendation dismissing Plaintiff Corrado Palmerini's ("Plaintiff") claims against the only remaining defendant, Sayreville Police Department ("Defendant"); it appearing that the Magistrate Judge recommended dismissal based upon Plaintiff's failure to comply with Court Orders and prosecute his case; it appearing that the Court has reviewed the recommendation and finds that dismissal at this time is indeed appropriate under Fed. R. Civ. 37(b) and 41(b); it appearing that Plaintiff has not objected to the Magistrate Judge's Report and Recommendation; accordingly,

    **IT IS** on this 3rd day of February, 2012,

    **ORDERED** that the Report and Recommendation is adopted by this Court;

    **ORDERED** that Plaintiff's claims against defendant Sayreville Police Department are dismissed;

    **ORDERED** that the case shall be marked **CLOSED**.

/s/   Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge